UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CALIFORNIA INFRASTRUCTURE AND ECONOMIC DEVELOPMENT BANK,** <br> 1325 J Street, Suite 1300, <br> Sacramento, CA 95814 <br><br> and <br><br> **EFFICIENCY MAINE TRUST,** <br> 168 Capitol Street, Suite 1 <br> Augusta, ME 04330 <br><br> and <br><br> **ILLINOIS FINANCE AUTHORITY,** <br> 160 N. LaSalle St., Suite S-1000 <br> Chicago, IL 60601 <br><br> and <br><br> **MINNESOTA CLIMATE INNOVATION FINANCE AUTHORITY,** <br> 85 7th Place East, Suite 280, <br> Saint Paul, Minnesota 55101 <br><br> Plaintiffs, <br><br> v. <br><br> **CITIBANK, N.A.,** <br> 5800 South Corporate Place <br> Sioux Falls, South Dakota 57108, <br><br> and <br><br> **U.S. ENVIRONMENTAL PROTECTION AGENCY** and **LEE ZELDIN** and **W.C. MCINTOSH**, in their official capacities as Administrator and Acting Deputy Administrator of the U.S. Environmental Protection Agency, <br><br> Defendants. | **Civil No. 25-cv-820** |

**JOINT STATUS REPORT**

Pursuant to the Court's emailed instructions regarding the matter now docketed at 25-cv-820, the Parties have conferred regarding (1) whether this action should be consolidated with the already-consolidated matters 25-cv-698, 735, and 762; and (2) the extent to which the above-captioned Plaintiffs' ("State Green Banks") will participate in the forthcoming briefing on a preliminary injunction already underway in consolidated matters 25-cv-698, 735, and 762. For the sake of this status report, the plaintiffs in the already-consolidated matters will be referenced as "Private Plaintiffs."

(1) <u>Consolidation</u>: Counsel for the State Green Banks plaintiffs have consulted with counsel for Defendants in this action, as well as counsel for the existing Private Plaintiffs in the consolidated matters 25-cv-698, 735, and 762. All parties either agree that 25-cv-820 should be consolidated with the already-consolidated matters or otherwise do not oppose consolidation. Private Plaintiffs, however, oppose the consolidation of briefs at any stage in the proceeding.

(2) <u>Schedule</u>: The parties in all four docketed matters have consulted on how to approach the Plaintiff State Green Banks' forthcoming motion for a preliminary injunction, including coordination of submissions across cases. The Court is set to hear argument on the Private Plaintiffs' motion for a preliminary injunction on April 2, 2025. Given the existing schedule in that matter, the parties in 25-cv-820 have agreed to the following:

- No changes to the existing schedule in the consolidated cases.
- Monday, March 24, 2025: State Green Banks to file and serve their motion for a preliminary injunction. The State Green Banks will make best efforts to avoid

briefing issues that are duplicative of the Private Plaintiffs' submissions of March 21, 2025.

- Monday, March 31, 2025: Defendants to file response to the State Green Banks' brief. Defendants' response will be limited to the arguments raised in the State Green Banks' submissions, and Defendants will not use this opposition to the State Green Banks' motion to respond to or otherwise sur-reply to arguments made in the Private Plaintiffs' reply.

- April 2, 2025: Court to hear argument on all matters.

This proposal will allow the State Green Banks' motion to be heard in conjunction with the Private Plaintiffs' own motion at the April 2, 2025, hearing:

(3)     <u>Private Plaintiffs' positions</u>: The Private Plaintiffs make the following statements of their positions:

- Private Plaintiffs do not oppose consolidation.

- Private Plaintiffs oppose any consolidation of briefs with the States at any stage in this case. The States raise distinct State-specific issues and have different contentions regarding irreparable harm and other issues. Further, requiring three grantees represented by three different law firms to join together with four states each with their own sets of attorneys to collaborate on a single brief addressing everyone's own issues will introduce unmanageable complexity. Also, because states and private entities have different interests and considerations, governmental entities almost invariably file separate briefs from private entities. Consistent with ordinary practice, Private Plaintiffs can and will file consolidated briefs and the states can file their own separate brief.

- Private Plaintiffs oppose altering the briefing deadlines and April 2 argument date. As the Court's TRO order indicates, Private Plaintiffs are suffering extreme and ongoing irreparable harm from the deprivation of funds. The Court should not delay the deadlines and argument dates, which have already been scheduled, due to late-breaking new plaintiffs. (Also, as the status report indicates, counsel for one plaintiff is unavailable on April 3, 4, and 7.)

- Private Plaintiffs take no position on the briefing and argument schedule for the states' complaint, provided that it does not interfere with the briefing and argument schedule already in place for Private Plaintiffs.

(4)     <u>United States' Response to the Private Plaintiffs' positions</u>: The United States expects the parties will continue to find appropriate ways to coordinate to avoid unnecessary duplication, with guidance from the court, as they have done for plaintiffs' motions for preliminary injunction.

Date: March 21, 2025                                   Respectfully submitted,

| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br><br>s/ Meghan Strong<br>**MEGHAN STRONG**<br>THEODORE A. MCCOMBS<br>JOHN D. ECHEVERRIA<br>DYLAN REDOR<br>Deputy Attorneys General<br>California Department of Justice<br>455 Golden Gate Avenue<br>San Francisco CA 94102<br>(415) 510-3877<br>meghan.strong@doj.ca.gov<br><br>*Attorneys for California Infrastructure and Economic Development Bank* | KEITH ELLISON<br>Minnesota Attorney General<br><br>s/ Peter N. Surdo<br>**PETER N. SURDO**<br>Special Assistant Attorney General<br>OLIVER LARSON<br>Manager, Environment and Natural Resources Division<br>CATHERINE RIOS-KEATING<br>Special Assistant Attorney General<br>Minnesota Attorney General's Office<br>445 Minnesota Street, Suite 600<br>651-757-1061<br>peter.surdo@ag.state.mn.us<br><br>*Attorneys for Minnesota Climate Innovation Finance Authority* |
| KWAME RAOUL<br>Attorney General of Illinois<br><br>s/ Jason E. James<br>**JASON E. JAMES**<br>Assistant Attorney General<br>MATTHEW J. DUNN<br>Chief, Environmental Enforcement/Asbestos Litigation Division<br>Office of the Attorney General of Illinois<br>201 W. Pointe Drive, Suite 7<br>Belleville, IL 62226<br>(217) 843-0322<br>jason.james@ilag.gov<br><br>*Attorneys for Illinois Finance Authority* | AARON M. FREY<br>Attorney General of Maine<br><br>s/ Emma Akrawi<br>**EMMA AKRAWI**<br>SCOTT W. BOAK<br>Assistant Attorneys General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>(207) 626-8800<br>Emma.Akrawi@maine.gov<br><br>*Attorneys for Efficiency Maine Trust* |

(Additional signatures on following page)

<u>*s/ K. Winn Allen*</u>
K. Winn Allen
Saunders McElroy
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: (202) 389-5078
winn.allen@kirkland.com
saunders.mcelroy@kirkland.com

*Counsel for Defendant Citibank N.A.*

<u>*s/ Kevin P. VanLandingham*</u>
MARC S. SACKS (Ga. Bar No. 621931)
*Deputy Director*
KEVIN P. VANLANDINGHAM (NY Reg No. 4741799)
*Assistant Director*
U.S. Department of Justice
Civil Division
Corporate/Financial Litigation Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
Tel: (202) 307-1134
Email: kevin.p.vanlandingham@usdoj.gov
*Attorneys for the United States Environmental Protection Agency*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **California Infrastructure and Economic Development Bank et al. v. Citibank et al.** | No. | **1:25-cv-820** |

I hereby certify that on <u>March 21, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## JOINT STATUS REPORT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 21, 2025</u>, at San Francisco, California.

| G. Guardado | */s/ G. Guardado* |
|---|---|
| Declarant | Signature |

SA2022301332
44559691.docx